AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 20 NOV '23 13:21 USDC-ORP

United States of America
v.
Cristhian MARTINEZ

*Defendant*

)
)
)
)
)
)
)

Case No. 3:23-mj-00199

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Cristhian MARTINEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about November 16, 2023, within the District of Oregon, defendant Cristhian MARTINEZ did knowingly and intentionally: (1) Manufacture, Distribute, and Possess with the Intent to Manufacture and Distribute 400 grams or more of Fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A); and, (2) Possess a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c).

Date: 11/17/2023

*Issuing officer's signature*

City and state: Portland, OR

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

DATE 11/17/2023
ARRESTED BY FBI

Date: _____

U.S. MARSHAL

BY E. CATER

*Arresting officer's signature*

*Printed name and title*

U.S. MARSHALS SERVICE
NOV 20 2023 10:48